# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Deborah Pudil,　　　　　　　　　　　　　Civil No. 10-1244 (RHK/JJK)

　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

v.

Capital Management Services, L.P.,

　　　　Defendant.

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 8, 2010

　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　United States District Judge